**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JIMMY MANES**                                                                            **PLAINTIFF**
**ADC #164009**

**V.**                              **CASE NO. 3:20-CV-00199-BSM**

**JOHN BALLARD,** *et al.*                                                          **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Beth Deere's

recommended disposition [Doc. No. 4] is adopted, and the complaint [Doc. No. 2] is

dismissed without prejudice for failure to state a claim.  This dismissal counts as a "strike"

for the purposes of 28 U.S.C. section 1915(g).  It is certified that an *in pauperis* appeal would

not be taken in good faith.  28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED, this 18th day of August, 2020.


_____
UNITED STATES DISTRICT JUDGE