IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JIMMY MANES**  **PLAINTIFF**
**ADC #164009**

V.    CASE NO. 3:20-CV-00199-BSM

**JOHN BALLARD,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 18th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE